COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Elizabeth Brooks Hollins
Attorney at Law
One Lakeshore Dr., #1200
Lake Charles LA 70629

**REHEARING ACTION: January 11, 2012**

**Docket Number: 11   00419-CA consolidated with 420-CA & 421-CA**

**ROGER VESTAL, ET AL.**
**VERSUS**
**CYNTHIA D. KIRKLAND, ET AL.**

**Appealed from Allen Parish Case No. C-2007-455 C/W C-2007-566, C/W C-2007-567**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. James T. Genovese**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Department of Transportation and**

**Development** has this day been

> **DENIED.**

cc: Marilyn R. Cohen, Counsel for the Appellee
    Claude David Vasser  Jr.,, Counsel for the Appellee
    Daniel Randolph Street, Counsel for the Appellee
    Geary Stephen Aycock, Counsel for the Appellee